IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 cr 69

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JAMES DAVID FRANKLIN. | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** has come before the court pursuant to a motion filed by counsel for the defendant entitled "Motion for Authorization to Obtain Services of Mental Health Expert" (#22). After examining the motion, the undersigned has determined to set a hearing in regard to the motion. The hearing will be a sealed proceeding and heard *in camera* as directed by Vol 7 § 310.30 of the Guide to Judiciary Policy. Prior to the time set for the hearing, counsel for defendant will be required to : 1) file an Affidavit of Indigency of defendant; 2) obtain a statement as to the cost and expense of the services requested and an explanation of the fee arrangement and agreement; and 4) be prepared to describe the type of examination that is being requested as provided by Vol 7 § 320.20.10 of the Guide to Judiciary Policy.

**ORDER**

**IT IS, THEREFORE, ORDERED**, that the motion entitled "Motion for

Authorization to Obtain Services of Mental Health Expert" (#22) is hereby set for hearing on **July 16, 2012 at 10:20 a.m.** in courtroom #2 of the United States Courthouse in Asheville, North Carolina.

Signed: July 6, 2012

Dennis L. Howell
United States Magistrate Judge